# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PAUL OGBONNA,

        Plaintiff,

vs.

TITANIUM METALS CORPORATION,

        Defendant.

2:15-cv-02467-JCM-CWH

**ORDER**

Due to a conflict on the court's schedule,

IT IS HEREBY ORDERED that the ENE scheduled for 10:00 a.m., April 18, 2016 is VACATED and RESCHEDULED to 10:00 a.m., April 21, 2016.  The confidential settlement statement is due by noon on April 14, 2016.  All else as stated in the Order scheduling the ENE (#8) remains unchanged.

DATED this 2nd of February, 2016.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE